UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY LOCKHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 1:22-cv-02248-MPB-MG |
| v. | ) |
| | ) |
| GREENFIELD BANKING COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Jeffrey Lockhart ("Plaintiff"), and Defendant, Greenfield Banking Company ("Defendant"), having filed their *Stipulation of Dismissal with Prejudice*, and the Court having reviewed the same, hereby **ORDERS** that Plaintiff's claims be **DISMISSED**, with prejudice, each party to bear its own fees and costs.

DATED: December 19, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

1

Distribution:

Jeffrey B. Halbert
BOSE McKINNEY & EVANS LLP
jhalbert@boselaw.com

John H. Haskin
JOHN H. HASKIN & ASSOCIATES
jhaskin@jhaskinlaw.com

Chad M. Buell
JOHN H. HASKIN & ASSOCIATES
cbuell@jhaskinlaw.com